FILED
August 30, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )    Case No. 2:10-MJ-00255-KJM-7
            Plaintiff,       )
                             )
v.                           )    ORDER FOR RELEASE OF
                             )    PERSON IN CUSTODY
GREGORIO TELLEZ,             )
                             )
            Defendant.       )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  GREGORIO TELLEZ , Case No.  2:10-MJ-00255-KJM-7 , Charge  21USC § 846, 841(a)(1) and 843(b) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $_____

___ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_✔_ (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 30, 2010  at  2:00 pm .

By    /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court